UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS,
INDIVIDUALLY, AND ON BEHALF OF ALL                21-cv-10813 (JGK)
OTHERS SIMILARLY SITUATED,
                                                  ORDER
                  Plaintiff,

    - against -

LAMPSUSA, LLC,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 8, 2022.

SO ORDERED.

Dated:    New York, New York
            March 18, 2022

                                          John G. Koeltl
                                     United States District Judge