```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARMEN TAVAREZ-VARGAS,
INDIVIDUALLY, AND ON BEHALF OF ALL            21-cv-10813 (JGK)
OTHERS SIMILARLY SITUATED,
                                              ORDER
                    Plaintiff,

        - against -

LAMPSUSA, LLC,

                    Defendant.

JOHN G. KOELTL, District Judge:

   The conference scheduled for April 25, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
         April 14, 2022

                                        _____
                                              John G. Koeltl
                                        United States District Judge