```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARMEN TAVAREZ-VARGAS,

                Plaintiff,

   - against -

LAMPSUSA, LLC,

                Defendant.

21-cv-10813 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On April 9, 2022, this Court entered a scheduling order directing the parties to file any dispositive motions by October 7, 2022; to complete class certification briefing by November 4, 2022; and to submit a proposed joint pretrial order by November 18, 2022. See ECF No. 15. To date, none of those submission have been made. The time to file a proposed joint pretrial order is extended to **December 9, 2022**. If the parties do not intend to file a joint pretrial order, the parties are directed to submit a letter apprising the Court of the status of this action by the same deadline.

SO ORDERED.

Dated:   New York, New York
           November 21, 2022

                                            /s/ John G. Koeltl
                                          John G. Koeltl
                                        United States District Judge